No. 12–5479.  STEWART v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 12–5484.  GARZA v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 12–5489.  JENKINS v. SMELOSKY, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 12–5498.  HARRIS v. CARUSO ET AL.  C. A. 6th Cir.  Certiorari denied.  Reported below: 465 Fed. Appx. 481.

No. 12–5501.  LEWIS v. CARUSO ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 12–5506.  NASIR v. PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 12–5507.  BROOKS v. MEDINA, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 12–5512.  ZELEKE v. ZENAWI.  C. A. 4th Cir.  Certiorari denied.

No. 12–5515.  CHRISTIAN v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII.  C. A. 9th Cir.  Certiorari denied.

No. 12–5518.  DUCROS v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 12–5520.  LEON v. DANAHER CORP. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 12–5525.  JAMES v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 12–5526.  LOZANO v. CURRY, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 12–5534.  SCHAD v. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 12–5540.  HERNANDEZ v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.